IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNNARD SMITH,

      Petitioner,                      Civ. No. S-09-1778 KJM P

      vs.

DENNIS K. SISTO, Warden,

      Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Because this petition

/////

/////

1

1  challenges a denial of parole, the relevant documents should include the transcript of the parole
2  hearing[1] and any documents, reports or letters considered by the panel;
3      2. If the response to the habeas petition is an answer, petitioner's reply, if any,
4  shall be filed and served within thirty days after service of the answer;
5      3. If the response to the habeas petition is a motion, petitioner's opposition or
6  statement of non-opposition to the motion shall be filed and served within thirty days after
7  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8  thereafter; and
9      4. The Clerk of the Court shall serve a copy of this order, **the**
10 **consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this**
11 **court**, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on
12 Jennifer Neill, Senior Assistant Attorney General.
13 DATED: August 25, 2009.

_____
U.S. MAGISTRATE JUDGE

2
smit1778.100

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of this transcript in his answer.

2